# EXHIBIT A

Case 0:16-cv-60854-RNS   Document 1-1   Entered on FLSD Docket 04/18/2016   Page 2 of 13

**Ronald Meyers        Plaintiff  vs.  Valean Pharmaceuticals North America, LLC        Defendant**

---

**Broward County Case Number:** CACE16004183

**State Reporting Number:** 062016CA004183AXXXCE

**Court Type:** Civil Division - Circuit Court

**Case Type:** Other - Discrimination Employment or Other

**Incident Date:** N/A

**Filing Date:** 03/07/2016

**Court Location:** Central Courthouse

**Case Status:** Pending

**Magistrate Id / Name:** N/A

**Judge ID / Name:** 08 Ross, Dale

---

## Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Meyers, Ronald** | | ★ Behren, Scott M Retained Bar ID: 987786 Behren Law Firm 2893 Executive Park Drive, Suite 110 Weston, FL 33331-3667 |
| Defendant | **Valean Pharmaceuticals North America, LLC** Formerly Known As **Salix Pharmaceuticals, Ltd** | | |

---

## Disposition(s)

Total: 0

**There is no Disposition information available for this case.**

---

## Event(s) & Document(s)

Total: 5

| Date ⬍ | Description | Additional Text | View | Pages ⬍ |
|---|---|---|---|---|
| 03/12/2016 | **Filing Fee** | Payor: SCOTT M BEHREN ; Userid: CTS-fg/t ; Receipt: 20161FA1A032783; ;  Amount: $401.00 | | |
| 03/12/2016 | **Summons Issued Fee** | Payor: SCOTT M BEHREN ; Userid: CTS-fg/t ; Receipt: 20161FA1A032783; ;  Amount: $10.00 | | |
| 03/07/2016 | **Civil Cover Sheet** | | 📄 | 2 |
| 03/07/2016 | **Complaint (eFiled)** | Party: *Plaintiff* Meyers, Ronald | 📄 | 4 |
| 03/07/2016 | **eSummons Issuance** | Party: *Defendant* Valean Pharmaceuticals North America, LLC | 📄 | 3 |

− Hearing(s)                                                     Total: 0

**There is no Hearing information available for this case.**

− Related Case(s)                                                Total: 0

**There is no related case information available for this case.**

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

## I.     CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>RONALD M. MEYERS</u>
 Plaintiff
          vs.
<u>VALEAN PHARMACEUTICALS NORTH AMERICA, LLC f/k/a</u>
Defendant

## II.     TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999
    - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.   **REMEDIES SOUGHT** (check all that apply):
☒   Monetary;
☐   Non-monetary
☐   Non-monetary declaratory or injunctive relief;
☐   Punitive

IV.   **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

2

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐   Yes
☒   No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒   No
☐   Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒   Yes
☐   No

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Scott M Behren        FL Bar No.:  987786
        Attorney or party                                        (Bar number, if attorney)

Scott M Behren          03/07/2016
      (Type or print name)                Date

 CT Corporation

## Service of Process Transmittal
03/21/2016
CT Log Number 528858449

**TO:** Pauline Kiser, Legal Specialist
Bausch & Lomb Incorporated
A division of Valeant Pharmaceuticals, 1400 North Goodman Street
Rochester, NY 14609-3547

**RE:** **Process Served in Florida**

**FOR:** Valeant Pharmaceuticals North America LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RONALD MEYERS, Pltf. vs. Valeant Pharmaceuticals North America LLC, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE16004183 |
| **NATURE OF ACTION:** | Employee Litigation - Breach of Written Contract - Valeant breached the agreement with Plaintiff by failing to pay his severance, insurance and bonuses |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/21/2016 at 14:35 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Scott M. Behren<br>Behren Law Firm<br>2893 Executive Park Drive<br>Suite 110<br>Weston, FL 33331<br>954-636-3802 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/22/2016, Expected Purge Date: 04/21/2016 |
| | Image SOP |
| | Email Notification,  Robert Chai-Onn  robert.chaionn@valeant.com |
| | Email Notification,  Pauline Kiser  pauline.kiser@bausch.com |
| | Email Notification,  Pamela Lewis  pamela.lewis@valeant.com |
| | CC Recipient(s)<br>Pamela Lewis, via Regular Mail |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / JT

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Case Number: CACE-16-004183 Division: 08

Filing # 38713290 E-Filed 03/07/2016 07:33:40 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE16004183

RONALD MEYERS

       Plaintiff,

vs.

VALEANT PHARMACEUTICALS NORTH
AMERICA, LLC f/k/a
SALIX PHARMACEUTICALS, LTD

       Defendant

_____/

## CIVIL ACTION SUMMONS
(En Espanol)   (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Defendant,

**VALEANT PHARMACEUTICALS NORTH AMERICA, LLC
f/ka SALIX PHARMACEUTICALS, LTD.
By Serving Its Registered Agent:
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

Informed person served of contents
Date/Time:
Server Initials:
Server ID#:

3/21/16
2:35P

If you chose to file a written response yourself, at the same time you file your written response to the Court, located at:

Broward County Courthouse
Clerk of the Court
201 S.E. Sixth Street
Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

WITNESS my hand and the seal of this Court on this ____ .  MAR 12 2016
2016.

HOWARD C. F____
As Clerk of the ____

By:_____
As Deputy Clerk

HOWARD C. FORMAN

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone: (954) 636-3802
Fax: (772) 252-3365
scott@behrenlaw.com

2

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

3

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE16004183

RONALD MEYERS

       Plaintiff,

VS.

VALEANT PHARMACEUTICALS NORTH
AMERICA, LLC f/k/a
SALIX PHARMACEUTICALS, LTD

      Defendant

_____/

## COMPLAINT FOR DAMAGES

Ronald Meyers ("Meyers") sues Defendant Valeant Pharmaceuticals North America,

LLC f/k/a Salix Pharmaceuticals, Ltd ("Valeant") and alleges as follows:

### Jurisdiction

1.    This is an action for damages which exceeds Fifteen Thousand ($15,000.00)

Dollars, exclusive of attorney's fees and Court costs.

2.    Venue is proper in Broward County, Florida as Defendants reside in Broward

County, Florida.

### The Parties/Participants

3.    Plaintiff, is an individual residing in Broward County, Florida and is *sui juris*.

4.    Defendant, Valeant, is a corporation doing business in Broward County, Florida.

## General Allegations

5.     On or about February 4, 2014, Meyers and Valeant entered into a Contract., a copy of which is attached hereto as Exhibit A.   Under the terms of this contract, if there was a "Change in Control" and "Good Reason" by Employee, that Meyers would be paid 12 months of severance or $112,000.00.  The Contract also provided that Meyers would be entitled to obtain one year of continued medical/dental/eye insurance and one year of pro-rated bonus of approximately $46,000.00.

6.     Multiple demands have been made to Valeant who has refused to comply with the contract.

7.     All conditions precedent have been performed, waived or excused.

8.     Plaintiff has hired the undersigned law firm and has agreed to pay a reasonable attorneys' fee for its services.

## Count I - Breach of Written  Contract

Plaintiff reavers and realleges paragraphs 1 through 8 as if fully set forth herein and further alleges:

9.     Plaintiff and Valeant entered into a written  agreement for Plaintiff to be paid severance, insurance and bonuses upon certain conditions.

10.    In consideration of the performance of his services, Valeant was  to pay Plaintiff his severance, insurance, and bonuses.

11.    Valeant breached the agreement with Plaintiff by failing to pay his severance, insurance and bonuses.

2

12. By virtue of Valeant's breach of the agreement, Plaintiff has suffered damages in excess of $15,000.

WHEREFORE, Plaintiff demands judgment against Valeant for damages in excess of $15,000, together with interest, court costs, attorneys' fees in accordance with Fla. Stat. § 448.08, and for any and all other and further relief this Court deems just and proper under the circumstances.

### Count II - Unjust Enrichment (Services Performed)

Plaintiff reavers and realleges paragraphs 1 through 8 as if fully set forth herein and further alleges:

13. Plaintiff has conferred benefits and performed services for Firm. Firm has knowledge of the benefits and services provided to them.

14. Firm voluntarily accepted and retained the benefits conferred upon it by Plaintiff without paying him commissions and bonuses.

15. Firm's retention of the benefits and services conferred upon it by Plaintiff would be inequitable unless Firm pays to Plaintiff the value of the services conferred upon it.

16. Plaintiff does not otherwise have an adequate remedy at law.

WHEREFORE, Plaintiff demands judgment against Firm for damages in excess of $15,000.00 exclusive of interest, court costs, attorneys' fees in accordance with Fla. Stat § 448.08, and for any and all other and further relief this Court deems just and proper under the circumstances.

3

## Demand for Jury Trial

Plaintiff demands trial by jury on all issues so triable.

Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone (954) 636-3802
Facsimile (772) 252-3365
scott@behrenlaw.com
www.behrenlaw.com

By:_/Scott M. Behren/_____
     Scott M. Behren
     Florida Bar No. 987786

4